UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY CONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:04-cv-0469-JDT-TAB |
| ) | |
| JO ANNE BARNHART, ) | |
| ) | |
| Defendant. ) | |

**ENTRY APPROVING ATTORNEYS FEES**

The Plaintiff's Motion for an Award of Attorneys Fees is **Granted**. Attorneys fees in the amount of $2,965.10 are awarded in favor of the attorney for the Plaintiff. The Government is **Ordered** to pay those fees within a reasonable period of time.

ALL OF WHICH IS ORDERED this 18th day of October 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Joseph W. Shull
jshull@pngusa.net

Thomas E. Kieper
United States Attorney's Office
tom.kieper@usdoj.gov